LAW OFFICES OF RAHUL WANCHOO
Attorneys For Plaintiff
Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Phone: (201) 882-0303
Fax:    (201) 301-3576
E-mail: rwanchoo@wanchoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

TRANSGLOBE SHIPPING CO. LTD.

                Plaintiff,

       - against -

SUDAMA EXPORT PVT. LTD.

                Defendant

-----------------------------------------------------------X

ECF CASE

07 CV 9877 (PKC)

**FED. R. CIV. P.
§7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Transglobe Shipping Co. Ltd. represents to this Honorable Court that said Plaintiff does not have a corporate parent and any publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
       November 7, 2007

                                          LAW OFFICES OF RAHUL WANCHOO
                                          Attorneys for Plaintiff
                                          TRANSGLOBE SHIPPING CO. LTD.

                                          By: _/s/ Rahul Wanchoo_____
                                                Rahul Wanchoo (RW-8725)