**MEMO ENDORSED**

## LAW OFFICES OF RAHUL WANCHOO

Law Offices of Rahul Wanchoo
357 Westfield Avenue
Ridgewood, New Jersey 07450

Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Telephone: (201) 882-0303
Facsimile: (201) 301-3576
E-Mail: rwanchoo@wanchoolaw.com
Web site: www.wanchoolaw.com

USDS SDNY KEVIN CASTEL U.S.D.J.
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/07

December 4, 2007

**Via Federal Express**
Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl St., Room 2260
New York, NY 10007

[Handwritten endorsement: Conference adjourned from December 7, 2008 at 9:45am to January 18, 2008. SO ORDERED. /s/ 12-5-07]

Re: **Transglobe Shipping Co. Ltd. v. Sudama Export Pvt. Ltd.**
**Docket No. 07 Civ. 9877 (PKC)**
**United States District Court, Southern District of New York**

Dear Hon. Judge Castel:

We represent the Plaintiff, Transglobe Shipping Co. Ltd., in the above referenced lawsuit. As per your Honor's Order dated November 9, 2007 an initial pretrial conference has been scheduled in this case at **3:45 p.m. on December 7, 2007**. On November 7, 2007 your Honor issued an Ex Parte Order for the issuance of a process of maritime attachment and garnishment against the property of the Defendant in an amount of $421,301.00. Plaintiff has served the process of maritime attachment along with the Court's Order on various garnishees. However, to date, Plaintiff has not restrained any property of the Defendant nor has Defendant filed an appearance in this action. In the circumstances, Plaintiff respectfully requests an adjournment of the conference.

We very much appreciate the Court's consideration of this request. **MEMO ENDORSED**

[Handwritten: Plaintiff shall either attach or discontinue by March 31, 2008. Next conference for April 4, 2008 at 9:30 am. SO ORDERED. /s/ Castel, USDJ 1-16-08]

Respectfully submitted,

LAW OFFICES OF RAHUL WANCHOO

Rahul Wanchoo

Rahul Wanchoo (RW-8725)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/08