```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X

TRANSGLOBE SHIPPING CO. LTD.                    ECF CASE

                            Plaintiff,          07 Civ. 9877 (PKC)

                                                **STIPULATION AND ORDER**
                                                **FOR RELEASE OF FUNDS**

              - against -

SUDAMA EXPORT PVT. LTD.,
A.B. MINERALS PVT. LTD. AND
DEVI TRADING CO. LTD.

                            Defendants.

----------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED between the plaintiff, TRANSGLOBE

SHIPPING CO. LTD. (hereinafter referred to as "Transglobe" or "Plaintiff"), and the defendant

SUDAMA EXPORT PVT. LTD. (hereinafter referred to as "Sudama" or "Defendant"), by their

undersigned attorneys, as follows:

       WHEREAS Plaintiff and Defendant have agreed to settle the disputes between them

arising out of the charter party dated May 17, 2007, by which Transglobe chartered the M.V.

NATZUTEC to Sudama for the carriage of bulk iron ore from safe berths in Haldia and Paradip,

Kolkata, India to safe berth in Xingang, China.

-1-

WHEREAS the parties settlement agreement requires that $221,500.00 out of $421,301.00 of Defendant's funds restrained within this District at The Bank of New York Mellon ("Bank of New York") pursuant to the February 26, 2008 Amended Ex Parte Order and Process of Maritime Attachment and Garnishment, shall be released pursuant to instructions to be furnished to Bank of New York by Plaintiff's counsel, LAW OFFICES OF RAHUL WANCHOO; and

WHEREAS any and all other funds restrained within this district at any other garnishee(s), including the balance of funds at The Bank of New York shall be released pursuant to instructions to be furnished to any such garnishee, by Defendant's counsel, MICHAEL STERN.

WHEREAS Plaintiff and Defendant have agreed that after the funds in the amount of $221,500.00 attached at Bank of New York have been released to Transglobe, Plaintiff file a stipulation of dismissal with prejudice and without costs;

WHEREAS Plaintiff and Defendant have agreed that this Court shall retain jurisdiction to enforce this Stipulation and Order;

IT IS HEREBY

ORDERED, that the $221,500.00 of Defendant's funds restrained within this District at The Bank of New York shall forthwith be released pursuant to instructions to be furnished to The Bank of New York by Plaintiff's counsel; and

-2-

ORDERED, that any and all other of Defendant's funds restrained within this District, including the balance of funds at The Bank of New York, shall forthwith be released pursuant to instructions furnished to such garnishees by Defendant's counsel; and

ORDERED, that once funds under attachment in the amount of $221,500.00 at Bank of New York have been released to Transglobe, Plaintiff shall file a Stipulation of Dismissal with prejudice and without costs to any party.

The Plaintiff,
Transglobe Shipping Co. Ltd.,

By: _Rahul Wanchoo_
Rahul Wanchoo (RW 8725)
Law Offices Of Rahul Wanchoo
Empire State Building, 59th Floor
New York, NY 10118
Tel: (646) 593-8866
rwanchoo@wanchoolaw.com

The Defendant,
Sudama Export Pvt. Ltd.,

By: _____
Michael Stern (MS 9113)
420 80th Street
New York, NY 10025
Tel: (646) 321-2118
Stern_law@hotmail.com

*Action is dismissed with prejudice and without costs such to reopen with 30 days if funds are not released.*

SO ORDERED:

_____
Honorable P. Kevin Castel, U.S.D.J.

3 - 13 - 08